IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                              CASE NO. 1:04-cr-00006-MP-AK

STEPHEN DUNLAP,

    Defendant.
_____/

## ORDER

This matter is before the Court on Doc. 677, Motion for Compassionate Release/Furlough and Transport, filed by Stephen Dunlap. The Court consulted Mr. Dunlap's counsel and the United States Marshal's service and has determined that the motion can be granted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The United States Marshal's Service shall transport Mr. Dunlap to the Chestnut Funeral Home, 18 N.W. 8th Avenue, Gainesville, Florida, to allow Mr. Dunlap a viewing with his mother, Linda Dunlap, at a time, date and in a manner, determined by the Marshal's service, provided there are no additional security risks presented concerning this viewing. No one other than funeral home officials - including family members or friends - are permitted to be present. The costs of the viewing, estimated at $500.04, will be born by the family of Mr. Dunlap and has already been forwarded to the Marshal's Office.

**DONE AND ORDERED** this 14TH day of July, 2006

_____
Maurice M. Paul, Senior District Judge