IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  CASE NO. 1:04-cr-00006-MP -AK

STEPHEN DUNLAP,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 824, Motion for "Writ of Error Coram Vobis" filed by Defendant Stephen Dunlap. In the motion, Mr. Dunlap argues that the Court, at sentencing, improperly counted several prior offenses as separate offenses when they should have been considered one common scheme. This is allegedly affecting his classification and eligibility for certain programs. The government filed a response, Doc. 826, to which Mr. Dunlap replied at Doc. 828.

The offenses described in paragraphs 69, 70, 71, 72, 73 and 74 of the Presentence Report did not occur on a single occasion, were not part of a single common scheme or plan, and were not consolidated for sentencing, even though they were sentenced on the same day. Thus, under the 2003 version of the Sentencing Guidelines, they were properly counted separately, and even if a writ of coram vobis were an appropriate procedural remedy, it would not be appropriate on the merits.

Also, to the extent that the reply at Doc. 828 attempts to raise claims that should be raised by a motion under 28 U.S.C. § 2255, those claims are denied. If Mr. Dunlap intends to bring a

motion under § 2255, he must do so explicitly, on the correct forms and subject to the procedural rules governing such motions.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The motion at Doc. 824 and any motion raised by Doc. 828 are DENIED.

**DONE AND ORDERED** this *17th* day of May, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge